TODD KIM
Assistant Attorney General
SETH BARSKY, Section Chief
COBY HOWELL, Senior Trial Attorney
MAGGIE B. SMITH (WA Bar No. 45628)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-3088
maggie.smith@usdoj.gov

***Attorneys for Federal Defendants***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED COOK INLET DRIFT ASSOCIATION and COOK INLET FISHERMEN'S FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 3:21-cv-00255-JMK |
| v. | ) ) | **NON-OPPOSITION TO MOTION TO INTERVENE** |
| NATIONAL MARINE FISHERIES SERVICE, ET AL., | ) ) ) | |
| Defendants. | ) ) ) ) | |

Defendants National Marine Fisheries Service ("NMFS"); National Oceanic and

Atmospheric Administration; Gina Raimondo, in her official capacity as Secretary of the

U.S. Department of Commerce; Janet Coit, in her official capacity as the Assistant

Administrator, National Oceanic and Atmospheric Administration; and James W.

Balsiger, in his official capacity as NMFS Alaska Region Administrator, (collectively

"Federal Defendants") hereby notify the Court that they take no position on the State of

Alaska's Motion to Intervene.  ECF No. 13.


Dated: December 30, 2021       TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
Wildlife & Marine Resources Section
MEREDITH L. FLAX, Assistant Section Chief
COBY HOWELL, Senior Trial Attorney

/s/  Maggie B. Smith
MAGGIE B. SMITH, Trial Attorney
(WA Bar No. 42658)
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-598-3088/ Fax: 202-305-0275
Email: Maggie.Smith@usdoj.gov


*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2021, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

/s/ Maggie B. Smith
MAGGIE B. SMITH