# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

United Cook Inlet Drift Association, et al. v. National Marine Fisheries Service, et al.
Case No. 3:21-CV-00255-JMK

## JOINT APPENDIX TABLE OF CONTENTS

| Doc No. | Record Description | Document Description |
|---|---|---|
| 1 | AKR0000001 - 11 | Delegations of authority from the NOAA Administrator to the Assistant Administrator for Fisheries |
| 2 | AKR0000012 | Approval of delegations of authority from the NOAA Administrator to the Assistant Administrator for Fisheries |
| 3 | AKR0000013 - 24 | Delegations of authority from the Secretary of Commerce to the NOAA Administrator |
| 4 | AKR0000025 - 27 | Assistant Administrator for Fisheries approval of the Amendment 14 Final Rule |
| 5 | AKR0000028 - 33 | Decision memo for Amendment 14 FMP amendment |
| 6 | AKR0000034 - 39 | Decision memo for Amendment 14 Final Rule |
| 7 | AKR0000040 - 504 | Final EA/RIR for Amendment 14 to the FMP for the Salmon Fisheries in the EEZ off Alaska |
| 8 | AKR0000572 - 592 | UCIDA Letter re Amendment 14 to the Alaska Salmon Fishery Management Plan |
| 9 | AKR0000594 - 672 | Public Comments to the NPFMC |
| 10 | AKR0000683 - 685 | Email: op ed piece on NPFMC action in Cook Inlet with attachment |
| 11 | AKR0000692 - 693 | Email RE: Interview Request |
| 12 | AKR0000700 - 701 | Alaska Dept. of Fish and Game Media/Press Contact Notification |
| 13 | AKR0000702 - 707 | Email RE: Draft Alt and talking points with attachment |
| 14 | AKR0000708 | Email RE: AP Salmon FMP Motion |
| 15 | AKR0000709 - 714 | Email RE: Draft Alt and talking points with attachment |
| 16 | AKR0000723 | Email FW: C-2 most recent |
| 17 | AKR0000724 - 730 | Email Re: FW: Draft C-2 with attachment |
| 18 | AKR0000901 - 909 | Declaration of Jeff Fox |
| 19 | AKR0000928 - 957 | UCIDA Letter re Amendment 12 to the Alaska Salmon Fisheries Management Plan |
| 20 | AKR0000960 - 977 | Declaration of Erik Huebsch |

| Doc No. | Record Description | Document Description |
|---|---|---|
| 21 | AKR0000982 - 983 | Upper Cook Inlet Commercial Fisheries Annual Management Report No. 18-10 for 2017 (excerpt) |
| 22 | AKR0001052 - 1053 | Advisory Announcement: 2020 Upper Cook Inlet Commercial Salmon Fishery Season Summary |
| 23 | AKR0001085 - 1090 | UCIDA Letter re 2020 Economic Disaster Declaration |
| 24 | AKR0001128 - 1129 | U.S. Dept. of Commerce Letter re Determination of a Commercial Fishery |
| 25 | AKR0001330 - 1331 | Pacific Legal Foundation Public Comments Letter to Glenn Merrill (excerpt) |
| 26 | AKR0001444 - 1448 | Decision Memorandum for Amendment 14 Final Rule |
| 27 | AKR0001554 - 1558; AKR0001731 - 1733 | Draft Environmental Assessment and Regulatory Impact Review published with the Amendment 14 Proposed Rule (excerpts) |
| 28 | AKR0001912 - 1919 | Fishery Management plan text revisions for Amendment 14 |
| 29 | AKR0001950 - 1951 | Status report on the development of a salmon FMP amendment to address Cook Inlet, February 2021 |
| 30 | AKR0001952 | Status report on the development of a salmon FMP amendment to address Cook Inlet, June 2021 |
| 31 | AKR0006543 - 6546 | Email: Potential draft salmon motion with attachment |
| 32 | AKR0006547 - 6550 | Email RE: Potential draft salmon motion with attachment |
| 33 | AKR0006551 - 6555 | Email RE: Potential draft salmon motion with attachment |
| 34 | AKR0006584 - 6585 | Email Re: FW: Draft motion for Salmon FMP |
| 35 | AKR0006642 | Email Re Cook Inlet Salmon Workgroup Meeting (excerpt) |
| 36 | AKR0006659 - 6660 | Email FW: Federal Salmon FMP - Cook Inlet amendment Alt 4 |
| 37 | AKR0006662 - 6663 | Email: Analysis of closing the Cook Inlet EEZ to commercial salmon fishing |
| 38 | AKR0007038 - 7039 | Email RE: Analysis of closing the Cook Inlet EEZ to commercial salmon fishing |
| 39 | AKR0007045 | Email: Salmon FMP Amendment SDC edits |
| 40 | AKR0007104 | Email: schedule for revisions and review of the Salmon FMP Public Review Document |
| 41 | AKR0007105 | Email: Supplemental Questions for ADF&G with Respect to Alternative 4 for the Salmon FMP Assessment |

| Doc No. | Record Description | Document Description |
|---|---|---|
| 42 | AKR0007130 - 7133 | Appendix: Responses to Questions from the Salmon FMP Analytical Team re the Impacts of Alternative 4 |
| 43 | AKR0007281 | Email Re: Equity Issue |
| 44 | AKR0007301 - 7319 | Transcript of NPFMC Meeting, Dec 2020 |
| 45 | AKR0013023 | Email Re: need a quick answer please |
| 46 | AKR0013024 - 13025 | Alaska Dept. of Fish and Game Letter to Murkowski, Sullivan and Young |
| 47 | AKR0013740 | Link to Audio Recording of December 2020 Council Meeting |
| 48 | AKR0013784 - 13788 | Amendment 12 Proposed Rule |
| 49 | AKR0013789 - 13807 | Amendment 12 Final Rule |
| 50 | AKR0013812 - 13821 | Amendment 14 Proposed Rule |
| 51 | AKR0013822 - 13842 | Amendment 14 Final Rule |
| 52 | AKR0014758 - 14766 | NPFMC Newsletter, April 2017 |
| 53 | AKR0014902 - 14919 | Letter re UCIDA Comments on Agenda Item C2 |
| 54 | AKR0014925 | C-2 Salmon FMP Council Motion, April 2017 |
| 55 | AKR0015107 - 15108 | NMFS Letter re removal of West Area EEZ |
| 56 | AKR0015109 | NOAA Memorandum re Scope of SMP for EEZ (excerpt) |
| 57 | AKR0015220 - 15223 | NPFMC Cook Inlet Salmon Committee Report, April 2019 |
| 58 | AKR0015497; AKR0015505 - 15506 | NPFMC Scientific and Statistical Committee Report, April 2019 (excerpts) |
| 59 | AKR0015532 - 15533 | NMFS Letter re Council Action re Amendment 14 |
| 60 | AKR0016424; AKR0016427 - 16428 | NPFMC Advisory Panel Minutes, Nov - Dec 2020 (excerpts) |
| 61 | AKR0016537 - 16538 | Letter re UCIDA Comments on Agenda Item C2 (excerpt) |
| 62 | AKR0017660 - 17680 | C4 NPFMC Cook Inlet Salmon Committee Report, May 2020 |
| 63 | AKR0017681 - 17689 | C4 NPFMC Cook Inlet Salmon Committee, Report Feb 2020 |
| 64 | AKR0017690 | C4 Cook Inlet Salmon Committee Motion, June 2020 |
| 65 | AKR0017691 - 17692 | C4 Cook Inlet Salmon FMP Amendment Motion, June 2020 |
| 66 | AKR0017693 - 17722 | C4 Cook Inlet Salmon Preliminary Review Presentation, June 2020 |
| 67 | AKR0018043; AKR0018059 - 18060 | Final Report of the Scientific and Statistical Committee, June 2020 (excerpts) |

| Doc No. | Record Description | Document Description |
|---|---|---|
| 68 | AKR0018367 - 18368 | North Pacific Council Agenda Item: C-8 Salmon FMP, Oct 2017 |
| 69 | AKR0018390 - 18391 | Judgment in 3:13-cv-00104-TMB |
| 70 | AKR0018504 | NPFMC Council Motion re D5 Cook Inlet Salmon FMP, Oct 2019 |
| 71 | AKR0018654 - 18674 | C4 Cook Inlet Salmon Initial Review - Council Presentation by Doug Duncan, Oct 2020 |
| 72 | AKR0018677; AKR0018710 - 18712 | NPFMC Scientific and Statistical Committee Final Report, Sept - Oct 2020 (excerpts) |
| 73 | AKR0018833 - 18834 | NPFMC C4 Cook Inlet Salmon Action Memo, Oct 2020 |
| 74 | AKR0018891; AKR0018979 | C4 Cook Inlet Salmon Review, October 2020 (excerpts) |
| 75 | AKR0019261 - 19262 | C4 Cook Inlet Salmon FMP Amendment Motion, June 2020 |
| 76 | AKR0019263 | C-4 Cook Inlet Salmon FMP Council Motion, Oct 2020 |
| 77 | AKR0019264 | NMFS Letter announcing approval of Amendment 14 to the Salmon FMP |
| 78 | AKR0019955; AKR0019969 – 19970; AKR0020136 | Fishery Management Plan, April 1990 (excerpts) |
| 79 | SUPP0000001 | Request for Personnel Action (excerpt) |
| 80 | SUPP0000003 | Alaska Dept. of Fish and Game Letter re NPFMC Designees |
| 81 | SUPP0000005 | Oregon Dept. of Fish and Wildlife Letter re NPFMC Designee |
| 82 | SUPP0000006 | Washington Dept. of Fish and Wildlife Letter re NPFMC Designee (excerpt) |
| 83 | SUPP0000009; SUPP0000013 | NPFMC Meeting Summary of 252nd Plenary Session, Dec 2020 (excerpts) |