TODD KIM
Assistant Attorney General
S. JAY GOVINDAN, Acting Section Chief
MEREDITH L. FLAX, Deputy Section Chief
COBY HOWELL, Senior Trial Attorney
MAGGIE B. SMITH (WA Bar No. 45628)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-3088
maggie.smith@usdoj.gov

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED COOK INLET DRIFT ASS'N, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL MARINE FISHERIES SERVICE, ET AL., <br><br> Federal Defendants <br><br> and <br><br> STATE OF ALASKA, <br><br> Defendant-Intervenor. | Case No. 3:21-cv-00255-JMK <br> 3:21-cv-00247-JMK <br> CONSOLIDATED <br><br> **FEDERAL DEFENDANTS' SIXTH STATUS REPORT** |

| | |
|---|---|
| WES HUMBYRD; ROBERT WOLFE; and, DAN ANDERSON, | |
| Plaintiffs, | |
| vs. | |
| GINA RAIMONDO, ET AL., | |
| Federal Defendants. | |

In accordance with the Court's November 28, 2022, Remedy Order (ECF 77), and May 15, 2023, Amended Remedy Order (ECF 103) the National Marine Fisheries Service ("NMFS"); National Oceanic and Atmospheric Administration ("NOAA"); Gina Raimondo, in her official capacity as Secretary of the U.S. Department of Commerce ("DOC"); Janet Coit, in her official capacity as the Assistant Administrator, National Oceanic and Atmospheric Administration; and Jon Kurland, in his official capacity as NMFS Alaska Regional Administrator,[1] (collectively "Federal Defendants") provide their sixth status report. *See* Attachment 1.

Dated: September 28, 2023.

        TODD KIM
        Assistant Attorney General
        U.S. Department of Justice

---

[1] Jon Kurland is substituted for James W. Balsiger pursuant to Fed. R. Civ. P. 25(d).

Environment & Natural Resources Division
S. JAY GOVINDAN, Acting Section Chief
MEREDITH L. FLAX, Deputy Section Chief

*/s/ Coby Howell*
COBY HOWELL, Senior Trial Attorney
MAGGIE B. SMITH, Trial Attorney
(WA Bar No. 42658)
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-598-3088/ Fax: 202-305-0275
Email: Maggie.Smith@usdoj.gov

*Attorneys for Federal Defendants*

*United Cook Inlet Drift Association et al. v. NMFS et al.*, 3:21-cv-00255-JMK

Case 3:21-cv-00255-JMK   Document 110   Filed 09/28/23   Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court via CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Coby Howell*
COBY HOWELL