UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED COOK INLET DRIFT ASSOCIATION; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; et al., <br><br> Defendants - Appellants, <br><br> STATE OF ALASKA, <br><br> Intervenor-Defendant. | No. 25-7190 <br><br> D.C. No. 3:21-cv-00255-SLG District of Alaska, Anchorage <br><br> ORDER |

The conference previously scheduled for December 17, 2025, is canceled.

Appellants' motion to dismiss this appeal (Docket Entry No. 10) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on

appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator